NOTE: Pursuant to Fed. Cir. R. 47.6, this order
is not citable as precedent. It is a public order.

# United States Court of Appeals for the Federal Circuit

05-5025, -5029

PAYMASTER TECHNOLOGIES, INC.,

Plaintiff-Cross Appellant,

v.

UNITED STATES,

Defendant-Appellant.

ON PETITION FOR PANEL REHEARING

Before MICHEL, <u>Chief Judge</u>, FRIEDMAN, <u>Senior Circuit Judge</u>, and DYK, <u>Circuit Judge</u>.

<u>O R D E R</u>

A petition for panel rehearing was filed by the defendant-appellant, and a response thereto was invited by the court and filed by the plaintiff-cross appellant.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for rehearing is granted for the limited purpose of making the following changes to the <u>original</u> opinion entered on May 4, 2006, and reported at 2006 WL 1228851 (Fed. Cir. 2006):

    Page 10, line 3 delete "five-part"
    Page 10, line 5 delete "five-part"
    Page 12, line 4 replace "one" with "any"
    Page 12, line 5 replace "either" with "any"
    Page 12, line 5 delete "two".

The mandate of the court will issue on August 14, 2006.

FOR THE COURT

_August 7, 2006__
       Date

_s/ Jan Horbaly_____
Jan Horbaly
Clerk

cc:    Paul L. Brown, Esq.
       John J. Fargo, Esq.